UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 6

USCA NO. _____

Dixon
-v-
Killian

SDNY NO. 07cv7242

JUDGE: KMW

DATE: Sept. 28, 2007

*U.S. DISTRICT COURT FILED SEP 28 2007 S.D. OF N.Y.*

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____THOMAS PISARCZYK_____
FIRM _____APPEALS SECTION_____
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES --------

DOCUMENTS                                                           DOC#

Clerk's Certificate
See Attached List of Numbered Documents

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **
** ALL OTHERS MISSING AT THIS TIME **

Balance of file already in USCA under Transfer Order. USCA#07-3612

(✓) Original Record                                    (___) Supplemental Record

· The record in the above entitled case was indexed to the U.S.C.A
  for the Second Circuit on the 28th Day of September, 2006.

**United States District Court for the Southern District of New York**

Date: 9-28-07

U.S.C.A. # _____

Dixon

-v-

U.S.D.C. # 07cv7242

D.C. JUDGE KMW

Killian

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**              **Document Description**

**BALANCE OF FILE MISSING AT THIS TIME**

Balance of file already in USCA from Transfer Order
USCA # 07-3612-op

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 28th Day of Sept In this year of our Lord, Two Thousand and Six, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, HABEAS

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07242-KMW
### Internal Use Only

Dixon v. Killian  
Assigned to: Judge Kimba M. Wood  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 08/14/2007  
Date Terminated: 08/14/2007  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2007 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. Document filed by DeMark Dixon.(laq) (Entered: 08/17/2007) |
| 08/14/2007 | 2 | LETTER addressed to The Reveiwing Judge from DeMark Dixon dated 5/29/7 re: DeMark Dixon v. Warden J.M. Killian. Document filed by DeMark Dixon.(laq) (Entered: 08/17/2007) |
| 08/14/2007 | 3 | LETTER AFFIDAVIT W/ PICTURES addressed to Judge from DeMark Dixon dated 5/21/07 re: DeMark Dixon v. Warden J.M. Killian. Document filed by DeMark Dixon.(laq) (Entered: 08/17/2007) |
| 08/14/2007 | 4 | TRANSFER ORDER (U.S.C.A.),....transfers this matter to the U.S.C.A. for the Second Circuit.... Sent original file along with certified copy of docket entries and transfer order. Mailed via Inter-Office Mail on 8/17/7. (Signed by Judge Kimba M. Wood on 8/14/7) (laq) (Entered: 08/17/2007) |
| 08/14/2007 |  | Magistrate Judge Frank Maas is so designated. (laq) (Entered: 08/17/2007) |
| 08/29/2007 | 5 | NOTICE OF APPEAL from [4] Transfer Order U.S.C.A.,. Document filed by DeMark Dixon. Copies mailed to the attorneys of record: Attorney Generals Office for the State of New York. (dt) (Entered: 09/27/2007) |
| 08/29/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by DeMark Dixon. I.F.P. REVOKED 8/14/07. $ 455.00 APPEAL FILING FEE DUE. (dt) (Entered: 09/27/2007) |
| 09/27/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (dt) (Entered: 09/27/2007) |
| 09/28/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 09/28/2007) |